**Motion Denied; Appeal Dismissed and Memorandum Opinion filed October 2, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00078-CV

**LINDA BRUEGGEBORS, Appellant**

**V.**

**KINGWOOD SENIOR VILLAGE, Appellee**

**On Appeal from the County Court at Law #4**
**Montgomery County, Texas**
**Trial Court Cause No. 11-25,852**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 9, 2012. The clerk's record was filed March 21, 2012. No reporter's record was filed.

Appellant's brief was originally due May 14, 2012. We granted three extensions of time to file appellant's brief until August 13, 2012. No brief was filed. On August 14, 2012, appellant filed a further request for extension of time to file her brief. On August 23, 2012, the request was denied and appellant was ordered to file a brief with the clerk of this court within thirty (30) days. Appellant was informed that if she did not

timely file the brief as ordered, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

On September 24, 2012, appellant filed another request to extend time to file her brief. Appellant's motion is denied.

The appeal is ordered dismissed for want of prosecution.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.